**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| SAM JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08CV01502 ERW |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This matter is before the Court on petitioner's failure to prosecute this action. Respondent filed a motion for summary judgment. Petitioner failed to timely respond to the motion. The Court then ordered petitioner to respond to the motion; and the Court notified petitioner that if he failed to respond the motion, the Court would dismiss this case for failure to prosecute. Petitioner has not responded to the Court's Order. As a result, the Court will dismiss the petition under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice for failure to prosecute.

An Order of Dismissal shall accompany this Order.

So Ordered this 28th Day of January, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE