# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SAM JACKSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:08CV01502 ERW |
| FEDERAL BUREAU OF PRISONS, | ) ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice.

Dated this 28th Day of January, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE